THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL A. GOLDEN, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SCARINGI, Appellant.— Judgment of conviction of the County Court of Kings county reversed on the law and the facts and a new trial ordered. Because of comments of the trial court the defendant did not have a fair trial. Lazansky, P. J., Kapper, Scudder and Tompkins, JJ., concur; Carswell, J., dissents and votes to affirm pursuant to the provisions of section 542 of the Code of Criminal Procedure.

QUEENSBORO IMPROVEMENT COMPANY, Plaintiff, v. GEORGE SALGAMIS and Others, Defendants. GEORGE W. CARLSON, Receiver, Respondent; ELMHURST NATIONAL BANK OF NEW YORK and Another, Appellants.— Order reversed on the law, without costs, and the motion denied, without costs. (*Emigrant Industrial Savings Bank* v. *Scott's Bridge Realty Co., Inc.*, 264 N. Y. 1; *Matter of Holden*, Id. 215.) Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

GRACE L. SCOTT, Plaintiff, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1, OF THE TOWN OF PELHAM, Defendant.— On the submission of the controversy under sections 546 to 548 of the Civil Practice Act, judgment is unanimously directed for plaintiff for the sum of $244.80, with interest from February 28, 1933, and with costs, on the authority of *Jones* v. *Board of Education* [242 App. Div. 17], decided herewith. The only differences between the facts in this case and those in the *Jones Case* (*supra*) are that plaintiff herein resides in the town of Pelham, the place of business of defendant, while in the *Jones* case plaintiff resided in the city of New Rochelle; that on February 28, 1933, plaintiff was ill at home, and her check was delivered on the forenoon of February 28, 1933, to her husband at Pelham. The husband delivered the check to plaintiff at noon on February 28, 1933, and plaintiff mailed the check during the afternoon of February 28, 1933, to the Mount Vernon Trust Company, with which she had an account. These differences in facts are not of substance and the rules stated in the *Jones* case are applicable. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

HENRY SONN & Co., INC., Appellant, v. JACOB GREENFIELD and Another, Respondents, Impleaded with Others, Defendants.— Order denying plaintiff's motion for the appointment of a receiver affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.